No. 79–5042.   LeFebre *v.* Israel, Warden.   C. A. 7th Cir. Certiorari denied.

No. 79–5043.   Branham *v.* United States.   C. A. 9th Cir. Certiorari denied.

No. 79–5045.   Carter *v.* DeGrazia et al.   C. A. 1st Cir. Certiorari denied.

No. 79–5046.   MacGregor *v.* United States.   C. A. 9th Cir.   Certiorari denied.

No. 79–5052.   Gilbert *v.* Yalanzon et al.   C. A. 5th Cir. Certiorari denied.

No. 79–5054.   Lewis *v.* United States.   C. A. 2d Cir. Certiorari denied.

No. 79–5057.   Dickerson *v.* Small Business Administration.   C. A. 3d Cir.   Certiorari denied.

No. 79–5058.   Maggiacomo *v.* United States.   C. A. 6th Cir.   Certiorari denied.

No. 79–5060.   Harrison *v.* United States   C. A. 9th Cir. Certiorari denied.

No. 79–5062.   Craven *v.* United States.   C. A. 6th Cir. Certiorari denied.

No. 79–5063.   Agosto *v.* Harris, Secretary of Health, Education, and Welfare.   C. A. 3d Cir.   Certiorari denied.

No. 79–5064.   Holmes *v.* United States.   C. A. 8th Cir. Certiorari denied.

No. 79–5069.   Twigg *v.* Ohio.   C. A. 6th Cir.   Certiorari denied.